FILED'10 MAY 25 15:42usdc-orp

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| TENESHA REESE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 10-346-JO |
| | ) | |
| v. | ) | <u>OPINION AND ORDER</u> |
| | ) | |
| UNITED PARCEL SERVICE, | ) | |
| a foreign corporation, | ) | |
| | ) | |
| Defendant. | ) | |

Tenesha Reese
3210 S.E. 136th Avenue
Portland, OR  97236

  Plaintiff Pro Se

Calvin L. Keith
Stephanie K. Hines
PERKINS COIE, LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128

  Attorneys for Defendant

JONES, Judge:

Plaintiff filed this employment discrimination action pro se against defendant United Parcel Service in Multnomah County Circuit Court. Defendant removed the action to this court based on diversity jurisdiction, and now moves (# 4) to dismiss the complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).

Defendant is correct that as filed, plaintiff's complaint fails to satisfy the lenient pleading requirement of Rule 8(a), that a complaint contain "a short statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(2). However, plaintiff's two responses to defendant's motion include descriptions of the events she relies on for her claims. This court construes plaintiff's filings as a request for leave to amend her complaint, which is granted.

Plaintiff shall, within 20 days from the date of this order, file an amended complaint that contains a description of the facts giving rise to her claims sufficient to satisfy Rule 8. Defendant's motion (# 4) is denied as moot, with leave to renew the motion if appropriate after plaintiff files her amended complaint.

IT IS SO ORDERED.

DATED this 25th day of May, 2010.

ROBERT E. JONES
U.S. District Judge

2 - OPINION AND ORDER