FILED'10 AUG 09 15:40USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TENESHA REESE, | ) |
| | ) |
| Plaintiff, | ) Civil No. 10-346-JO |
| | ) |
| v. | ) O R D E R |
| | ) |
| UNITED STATES PARCEL SERVICE, | ) |
| a foreign corporation, | ) |
| | ) |
| Defendant. | ) |

Tenesha Reese
3210 S.E. 136th Avenue
Portland, OR 97236

  Plaintiff Pro Se

Calvin L. Keith
Stephanie K. Hines
PERKINS COIE, LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128

  Attorneys for Defendant

JONES, Judge:

Plaintiff filed this employment discrimination action pro se against defendant United Parcel Service in Multnomah County Circuit Court. Defendant removed the action to this court based on diversity jurisdiction, and moved to dismiss the complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). On May 25, 2010, I ordered plaintiff to file an amended complaint sufficient to satisfy the notice pleading requirements of Federal Rule of Civil Procedure 8, and denied defendant's motion as moot.

On June 9, 2010, plaintiff filed a document entitled "Plaintiffs Amended Complaint." Shortly thereafter, defendant renewed its motion to dismiss. Plaintiff has not responded to the motion.

Defendant is correct that despite her factual assertions concerning the events about which she complains, plaintiff's amended complaint, like her original complaint, fails to satisfy the lenient pleading requirement of Rule 8(a), that a complaint contain "a short statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(2). While plaintiff has described certain events, those events, without more, do not constitute a viable claim cognizable in this court. Consequently, defendant's motion to dismiss is granted. Any other pending motions are denied as moot.

IT IS SO ORDERED.

DATED this 9th day of August, 2010.

_____
ROBERT E. JONES
U.S. District Judge

2 - ORDER